GENERAL ELECTRIC CO. *v.* LOCAL UNION 191, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS (AFL–CIO), ET AL.

No. 701.   Decided June 15, 1970

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Boys Markets* v. *Retail Clerks Union, ante,* p. 235.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.